# 22-14237-DD

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

---

U.S. SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff-Appellee,*

v.

JUSTIN W. KEENER,

*Defendant-Appellant,*

---

On Appeal from the United States District Court
for the Southern District of Florida, No. 1:20-cv-21254-BB

---

## THE SECURITIES AND EXCHANGE COMMISSION'S OPPOSITION TO APPELLANT'S MOTION TO CONSOLIDATE THIS APPEAL WITH *SEC v. ALMAGARBY*, NO. 21-13755

---

MICHAEL A. CONLEY
Solicitor

DOMINICK V. FREDA
Assistant General Counsel

DAVID D. LISITZA
Senior Appellate Counsel

ARCHITH RAMKUMAR
Attorney
Securities and Exchange Commission
100 F. Street, N.E.
Washington, D.C. 20549
(202) 551-4886 (Ramkumar)
RamkumarA@sec.gov

### CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

*SEC v. Keener*, No. 22-14237-DD

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, Appellee Securities and Exchange Commission submits this Certificate of Interested Persons and Corporate Disclosure Statement listing all persons and entities with an interest in the outcome of this action:

1.      3D Icon Corp., microcap issuer (TDCP)

2.      4Cable TV International, Inc., microcap issuer (CATV)

3.      5Barz International, Inc., microcap issuer (BARZ)

4.      ABCO Energy, Inc., microcap issuer (ABCE)

5.      Abbott, James

6.      Accelera Innovations, Inc., microcap issuer (ACNV)

7.      Advaxis, Inc., microcap issuer (ADXS)

8.      Aim Exploration, Inc., microcap issuer (AEXE)

9.      Aja Cannafacturing, Inc., microcap issuer (AJAC)

10.     Alkame Holdings, Inc., microcap issuer (ALKM)

11.     Alliance Bioenergy Plus, Inc., microcap issuer (ALLM)

12.     AmbiCom Holdings, Inc., microcap issuer (ABHI)

13.     American Petro-Hunter, Inc., microcap issuer (AAPH)

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)

*SEC v. Keener*, No. 22-14237-DD

14.     AmpliTech Group, Inc., microcap issuer (AMPG)

15.     Apptigo International, Inc., microcap issuer (APPG)

16.     Arrayit Corp., microcap issuer (ARYC)

17.     Artec Global Media, Inc., microcap issuer (ACTL)

18.     AuCoin, Dawn

19.     Augustini, Hope Hall, attorney for the Commission

20.     Avalanche International Corp., microcap issuer (AVLP)

21.     Bergio International, Inc., microcap issuer (BRGO)

22.     Berkovitz, Dan, general counsel for the Commission

23.     Bill the Butcher, Inc., microcap issuer (BLLB)

24.     Bioneutral Group, Inc., microcap issuer (BONU)

25.     Bloom, Hon. Beth F., District Court Judge

26.     Blue Sphere Corp., microcap issuer (BLSP)

27.     BlueFire Renewables, Inc., microcap issuer (BFRE)

28.     Borneo Resource Investments Ltd., microcap issuer (BRNE)

29.     Braunstein, Joshua E., attorney for the Commission

30.     Bravatek Solutions Inc., microcap issuer (BVTK)

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)

*SEC v. Keener*, No. 22-14237-DD

31.    Buckley LLP, counsel for Mr. Keener

32.    Capernaros, Peter

33.    Carbon Sciences, Inc., microcap issuer (CABN)

34.    Cardinal Energy Group, Inc., microcap issuer (CEGX)

35.    Cardinal Resources, Inc., microcap issuer (CDNL)

36.    CardioGenics, Inc., microcap issuer (CGNH)

37.    Casiano, John

38.    CD International Enterprises, Inc., microcap issuer (CDII)

39.    CircleStar Energy Corp., microcap issuer (CRCL)

40.    Cirque Energy, Inc., microcap issuer (CRQE)

41.    Clean Coal Technologies, Inc., microcap issuer (CCTC)

42.    Cleartronic, Inc., microcap issuer (CLRI)

43.    Coates International, Ltd., microcap issuer (COTE)

44.    CodeSmart Holdings, Inc., microcap issuer (ITEN)

45.    Conley, Michael A., attorney for the Commission

46.    Conniry, Patrick

47.    Cross Click Media, Inc., microcap issuer (COSR)

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)

*SEC v. Keener*, No. 22-14237-DD

48.     Cyclone Power Technologies Inc., microcap issuer (CYPW)

49.     Cytomedix, microcap issuer (CXMI)

50.     Daniels Corporate Advisory Co., Inc., microcap issuer (DCAC)

51.     Do, Nhan

52.     Domark International, Inc., microcap issuer (DOMK)

53.     Dwyer, Jared Edward, attorney for Mr. Keener

54.     Echo Automotive, Inc., microcap issuer (ECAU)

55.     Eco Building Products, Inc., microcap issuer (ECOB)

56.     Egg, Alex

57.     Ehouse Global, Inc., microcap issuer (EHOS)

58.     Ellis, Shawn

59.     Endeavor IP, Inc., microcap issuer (ENIP)

60.     Endonovo Therapeutics, Inc., microcap issuer (ENDV)

61.     Epazz, Inc., microcap issuer (EPAZ)

62.     ERF Wireless, Inc., microcap issuer (ERFB)

63.     ERHC Energy, Inc., microcap issuer (ERHE)

64.     Eventure Interactive, Inc., microcap issuer (EVTI)

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)

*SEC v. Keener*, No. 22-14237-DD

65.  E-Waste Systems, Inc., microcap issuer (EWSI)

66.  First Liberty Power Corp., microcap issuer (FLPC)

67.  Focus Gold Corporation, microcap issuer (FGLD)

68.  FONU2, Inc., microcap issuer (FONU)

69.  Freda, Dominick V., attorney for the Commission

70.  Friendable, Inc., microcap issuer (FDBL)

71.  Fuelstream Inc., microcap issuer (FLST)

72.  Galenfeha, Inc., microcap issuer (GLFH)

73.  Gawk Incorporated, microcap issuer (GAWK)

74.  Gibson, Dunn & Crutcher LLP, counsel for Mr. Keener

75.  Global Arena Holding, Inc., microcap issuer (GAHC)

76.  Global Digital Solutions, Inc., microcap issuer (GDSI)

77.  Global Equity International Inc., microcap issuer (GEQU)

78.  Global Vision Holdings, Inc., microcap issuer (GVHBE)

79.  Gold and Gemstone Mining, Inc., microcap issuer (GGSM)

80.  Goldsmith, Barry, attorney for Mr. Keener

81.  Green Automotive Company, microcap issuer (GACR)

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)

*SEC v. Keener*, No. 22-14237-DD

82.    Green Endeavors, Inc., microcap issuer (GRNE)

83.    Green Parts International, Inc., microcap issuer (GNPT)

84.    GreenStone Healthcare Corp., microcap issuer (GRST)

85.    Greenberg, Benjamin G., attorney for Mr. Keener

86.    Greenberg Taurig, P.A., counsel for Mr. Keener

87.    Halfen, David

88.    Hangover Joe's Holding Corp., microcap issuer (HJOE)

89.    Hightower, Jason

90.    High Performance Beverages Co., microcap issuer (DRHC)

91.    Hybrid Coating Technologies, Inc., microcap issuer (HCTI)

92.    Hydrogen Future Corp., microcap issuer (HFCO)

93.    IceWEBB, Inc., microcap issuer (IWEB)

94.    Icon Vapor, Inc., microcap issuer (ICNV)

95.    IFAN Financial, Inc., microcap issuer (IFAN)

96.    IL2M International Corp., microcap issuer (ILIM)

97.    Imerjn Inc., microcap issuer (IMJN)

98.    Immune Therapeutics, Inc., microcap issuer (IMUN)

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)

*SEC v. Keener*, No. 22-14237-DD

99.    InCapta, Inc., microcap issuer (INCT)

100.    Integral Technologies, Inc., microcap issuer (ITKG)

101.    IntelliCell BioSciences, Inc., microcap issuer (SVFC)

102.    Intelligent Highway Solutions, Inc., microcap issuer (IHSI)

103.    Investview, Inc., microcap issuer (INVU)

104.    Jammin Java Corp., microcap issuer (JAMN)

105.    Jankowski, Liz

106.    Kabe Exploration, Inc., microcap issuer (KABX)

107.    Kallo, Inc., microcap issuer (KALO)

108.    Keener, Justin W.

109.    Kleangas Energy Technologies, Inc., microcap issuer (KGET)

110.    Labor Smart, Inc., microcap issuer (LTNC)

111.    Las Vegas Railway Express, Inc., microcap issuer (XTRN)

112.    Latitude 360, Inc., microcap issuer (LATX)

113.    Legend Oil and Gas, Ltd., microcap issuer (LOGL)

114.    Liberated Energy, Inc., microcap issuer (LIBE)

115.    Liberty Star Uranium & Metals Corp., microcap issuer (LBSR)

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
DISCLOSURE STATEMENT (cont'd)**

*SEC v. Keener*, No. 22-14237-DD

116.    LifeApps Brand Inc., microcap issuer (LFAP)

117.    Linn, Brandi

118.    Lisitza, David D., attorney for the Commission

119.    Lithium Exploration Group, Inc., microcap issuer (LEXG)

120.    Location Based Technologies, Inc., microcap issuer (LBAS)

121.    Louis, Hon. Lauren F., Magistrate Judge

122.    M Line Holdings, Inc., microcap issuer (MLHC)

123.    Martino, Fran

124.    Mayo, Chris

125.    MAX SOUND Corporation, microcap issuer (MAXD)

126.    MedCareers Group, Inc., microcap issuer (MCGI)

127.    Mexus Gold US, Inc., microcap issuer (MXSG)

128.    Microelectronics Technology Company, microcap issuer (MELY)

129.    Miller, Adam, attorney for Mr. Keener

130.    Mind Solutions Inc., microcap issuer (VOIS)

131.    Mineral Rite Corporation, microcap issuer (RITE)

132.    Minerco, Inc., microcap issuer (MINE)

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
DISCLOSURE STATEMENT (cont'd)**

*SEC v. Keener*, No. 22-14237-DD

133.    Moller International, Inc., microcap issuer (MLER)

134.    Monster Arts, Inc., microcap issuer (APPZ)

135.    Moon River Studios, Inc., microcap issuer (MDNT)

136.    My ECheck, Inc., microcap issuer (MYEC)

137.    Nagel, Conrad

138.    Naked Brand Group, Inc., microcap issuer (NAKD)

139.    Nano Mobile Healthcare, Inc., microcap issuer (VNTH)

140.    Natan, Eilon

141.    National Energy Services, Inc., microcap issuer (NESV)

142.    Neah Power Systems, Inc., microcap issuer (NPWZ)

143.    Net Talk.Com, Inc., microcap issuer (NTLK)

144.    New Western Energy Corporation, microcap issuer (NWTR)

145.    Next Galaxy Corp., microcap issuer (NXGA)

146.    Next Group Holdings, Inc., microcap issuer (AQUA)

147.    NoHo, Inc., microcap issuer (DRNK)

148.    North American Oil & Gas Corp., microcap issuer (NAMG)

149.    North Bay Resources, Inc., microcap issuer (NBRI)

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)

*SEC v. Keener*, No. 22-14237-DD

150.    Northwest Biotherapeutics, microcap issuer (NWBO)

151.    Nutranomics, Inc., microcap issuer (NNRX)

152.    N-Viro International Corp., microcap issuer (NVIC)

153.    Omega Commercial Finance Corp., microcap issuer (OCFN)

154.    Organic Alliance, Inc., microcap issuer (ORGC)

155.    OriginClear Inc., microcap issuer (OCLN)

156.    Pacific Sands Inc., microcap issuer (PSFD)

157.    Patten Energy Solutions Group, Inc., microcap issuer (AMEL)

158.    Pazoo Inc., microcap issuer (PZOO)

159.    PEN Inc., microcap issuer (APNT)

160.    Petrilla, Antony, attorney for the Commission

161.    Petron Energy II, Inc., microcap issuer (PEII)

162.    Pharmagen, Inc., microcap issuer (PHRX)

163.    Piper, Summer

164.    Plandai Biotechnology, Inc., microcap issuer (PLPL)

165.    Players Network, microcap issuer (PNTV)

166.    Posadas, Maria

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
## DISCLOSURE STATEMENT (cont'd)

*SEC v. Keener*, No. 22-14237-DD

167.    PositiveID Corporation, microcap issuer (PSID)

168.    Powerdyne International Inc., microcap issuer (PWDY)

169.    Premier Biomedical, Inc., microcap issuer (BIEI)

170.    Pressure BioSciences, Inc., microcap issuer (PBIO)

171.    ProGreen Properties, Inc., microcap issuer (PGEI)

172.    Propell Technologies Group, Inc., microcap issuer (PROP)

173.    ProText Mobility, Inc., microcap issuer (TXTM)

174.    PuraMed BioScience, Inc., microcap issuer (PMBS)

175.    PureSafe Water Systems, Inc., microcap issuer (PSWS)

176.    Ragan, Christopher F., attorney for Mr. Keener

177.    Ramkumar, Archith, attorney for the Commission

178.    Raskin, Jane S., attorney for Mr. Keener

179.    Raskin & Raskin LLP, counsel for Mr. Keener

180.    Real Estate Contacts, Inc., microcap issuer (REAC)

181.    Red Giant Entertainment, Inc., microcap issuer (REDG)

182.    Regenicin, Inc., microcap issuer (RGIN)

183.    Rejuvel Bio-Sciences, Inc., microcap issuer (NUUU)

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
DISCLOSURE STATEMENT (cont'd)**

*SEC v. Keener*, No. 22-14237-DD

184.    Resonate Blends Inc., microcap issuer (KOAN)

185.    Reve Technologies, Inc., microcap issuer (BSSP)

186.    Rich Pharmaceuticals, Inc., microcap issuer (RCHA)

187.    Richman, Brian A., attorney for Mr. Keener

188.    Saleen Automotive, Inc., microcap issuer (SLNN)

189.    Santa Fe Gold Corporation, microcap issuer (SFEG)

190.    Santa Fe Petroleum, microcap issuer (SFPI)

191.    Santo Mining Corp., microcap issuer (SANP)

192.    Seafarer Exploration Corp., microcap issuer (SFRX)

193.    Securities & Exchange Commission

194.    Seibald, Jonathan M., attorney for Mr. Keener

195.    Service Team Inc., microcap issuer (SVTE)

196.    Seven Arts Entertainment, Inc., microcap issuer (SAPX)

197.    Silver Dragon Resources, Inc., microcap issuer (SDRG)

198.    Silver Falcon Mining, Inc., microcap issuer (SFMI)

199.    Solar Wind Energy Tower, Inc., microcap issuer (CWET)

200.    Solaris Power Cells, Inc., microcap issuer (SPCL)

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
## DISCLOSURE STATEMENT (cont'd)

*SEC v. Keener*, No. 22-14237-DD

201.    Soul and Vibe Interactive, Inc., microcap issuer (SOUL)

202.    Soupman, Inc., microcap issuer (SOUP)

203.    Sparta Commercial Services, Inc., microcap issuer (SRCO)

204.    SpectraScience, Inc., microcap issuer (SCIE)

205.    Stevia Corp., microcap issuer (STEV)

206.    STL Marketing Group, Inc., microcap issuer (STLK)

207.    Strikeforce Technologies, Inc., microcap issuer (SFOR)

208.    STW Resources Holding Corp., microcap issuer (STWS)

209.    Sun River Energy Company, microcap issuer (SNRV)

210.    Sunergy, Inc., microcap issuer (SNEY)

211.    Sunshine Biopharma, Inc., microcap issuer (SBFM)

212.    Sunworks, Inc., microcap issuer (SLTD)

213.    Super Directories, Inc., microcap issuer (SDIR)

214.    TapImmune, Inc., microcap issuer (TPIV)

215.    Tauriga Sciences, Inc., microcap issuer (TAUG)

216.    The Digital Development Group Corp., microcap issuer (DIDG)

217.    The Radiant Creations Group, Inc., microcap issuer (RCGP)

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)

*SEC v. Keener*, No. 22-14237-DD

218.    Tombstone Exploration Corp., microcap issuer (TMBXF)

219.    Tonner-One World Holdings, Inc., microcap issuer (OWOO)

220.    Trans-Pacific Aerospace Company, Inc., microcap issuer (TPAC)

221.    Trio Resources, Inc., microcap issuer (TRII)

222.    UnifiedOnline, Inc., microcap issuer (UOIP)

223.    United American Petroleum Corp., microcap issuer (UAPC)

224.    US Precious Metals, Inc., microcap issuer (USPR)

225.    Vapor Group, Inc., microcap issuer (VPOR)

226.    Vela Tel Global Communications, Inc., microcap issuer (VELA)

227.    Veriteq Corporation, microcap issuer (VTEQ)

228.    Viking Investments Group, Inc., microcap issuer (VKIN)

229.    Vision Industries Corp., microcap issuer (VIIC)

230.    Viswanatha, Veena, attorney for Mr. Keener

231.    Vivos Inc., microcap issuer (ADMD)

232.    VizConnect, Inc., microcap issuer (VIZC)

233.    Walker, Helgi C., attorney for Mr. Keener

234.    WeedHire International, microcap issuer (ANYI)

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)**

*SEC v. Keener*, No. 22-14237-DD

235.    Weisman, Sandy

236.    Well Power, Inc., microcap issuer (WPWR)

237.    Wellness Center USA, Inc., microcap issuer (WCUI)

238.    WindStream Technologies, Inc., microcap issuer (WSTI)

239.    Workhorse Group, Inc., microcap issuer (AMPD)

240.    World Moto, Inc., microcap issuer (FARE)

241.    Wowio, Inc., microcap issuer (WWIO)

242.    Xfuels, Inc., microcap issuer (AMZZ)

243.    XsunX, Inc., microcap issuer (XSNX)

244.    Xun Energy, Inc., microcap issuer (XNRG)

245.    Yappn Corp., microcap issuer (YPPN)

246.    Zonzia Media, Inc., microcap issuer (ZONX)

## OPPOSITION TO APPELLANT'S MOTION TO CONSOLIDATE

This appeal centers on whether the appellant, Justin W. Keener, violated the dealer registration provisions of the Securities Exchange Act of 1934, *see* 15 U.S.C. §§ 78c(a)(5)(A), 78o.  When Keener filed his notice of appeal, *SEC v. Almagarby* (No. 21-13755), a different unregistered dealer case, was fully briefed before this Court.  Keener now asks the Court to consolidate this appeal with *Almagarby*.  But consolidating these two distinctly different cases would hinder, not serve, judicial economy.

Ascertaining whether someone is a dealer requires examining "all of the relevant facts and circumstances," *Definition of Terms in and Specific Exemptions for Banks*, Exchange Act Rel. No. 46,745, 2002 WL 31452294, 67 Fed. Reg. 67,496, 67,499 (Nov. 5, 2002), and, as both Keener and Almagarby have emphasized, the facts and circumstances underlying this appeal and *Almagarby* differ significantly.  *See SEC v. Keener*, Transcript of Motion Hearing, ECF No. 116 at 31, No. 1:20-cv-21254-BB (S.D. Fla. Oct. 21, 2021) (counsel for Keener claiming that there is a "massive distinction" between *Keener* and *Almagarby*); *SEC v. Almagarby*, Appellants' Reply Brief, Dkt. 48 at 13, No. 21-13755 (11th Cir. Nov. 28, 2022) ("But unlike [Almagarby], Keener had offices in multiple locations, held himself out to the public as being in the business of buying and selling securities and had 25 employees.").  Likewise, the cases have distinct

1

evidentiary records, parties (other than the Commission), attorneys, judges, and financial transactions.  And the actions were not consolidated below.  Finally, assessment of the remedies ordered by the district court in *Keener* involves consideration of issues unique to that case, including the effect of a "tolling agreement" the parties executed and whether an aspect of the relief the court ordered should be "temporally limited."  *SEC v. Keener*, Order Granting In Part Magistrate Judge's Report and Recommendations, ECF No. 145 at 12-13, 18, No. 1:20-cv-21254-BB (S.D. Fla. Dec. 7, 2022).

This case and *Almagarby* do not share the factors present in the cases Keener cites in support of his motion, in which consolidation made sense as a way to conserve judicial economy.  *See* Mot. 14-15.  One arose from "consolidated involuntary bankruptcy proceedings before the Bankruptcy Court, and related appellate proceedings in the [d]istrict [c]ourt" that "involve[d] a common appellate record, many of the same attorneys, and the same factual and procedural background."  *In re: Fisher Island Investments, Inc.*, Motion For Consolidation of Related Appeals, Dkt. 99 at 1-2, No. 12-15595-DD (11th Cir. Nov. 20, 2013).  In another, the appeals' factual predicate—the alleged mishandling of a check by two financial institutions that were both sued by the administrator of the appellant's estate—was identical.  *Estate of Bass v. Regions Bank*, 947 F.3d 1352, 1355-56 (11th Cir. 2020).

Here, however, *Keener* and *Almagarby* at most present the same overarching legal question: whether the continuous and repeated purchase and sale of discounted shares of securities directly from the securities' issuers makes one a "dealer" under *Eastside Church of Christ v. National Plan, Inc.*, 391 F.2d 357 (5th Cir. 1968), and *SEC v. Big Apple Consulting USA, Inc.*, 783 F.3d 786 (11th Cir. 2015). And counsel for Keener have, on behalf of nonparty *amici* and with the Commission's consent, already filed an amicus brief in *Almagarby* advancing their arguments on that issue. *SEC v. Almagarby*, Amicus Brief as of Right, Dkt. 35, No. 21-13755 (11th Cir. July 8, 2022).

In any event, in a recent filing, Almagarby made clear that he is "not requesting a formal consolidation of [the] cases for any purpose, including oral argument[.]" *SEC v. Almagarby*, Dkt. 53-1 at 4, No. 21-13755 (11th Cir. Feb. 7, 2023). He suggests, instead, that the Court assign the cases to the same panel. Although the Commission maintains that such a step would be unnecessary given that each case is governed by *Eastside Church* and *Big Apple*, the Commission does not oppose Almagarby's request, which poses much less of a burden on the Court's resources and the decisional process than would formal consolidation. Keener's motion, on the other hand, should be denied.

Respectfully submitted,

MICHAEL A. CONLEY
Solicitor

DOMINICK V. FREDA
Assistant General Counsel

DAVID D. LISITZA
Senior Appellate Counsel

/s/    Archith Ramkumar
ARCHITH RAMKUMAR
Attorney
Securities and Exchange Commission
100 F St., N.E.
Washington, D.C. 20549
(202) 551-4886 (Ramkumar)
RamkumarA@sec.gov

February 9, 2023

# CERTIFICATIONS

I hereby certify that:

1. This document complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 671 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and (a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Office Word in 14-Point Times New Roman.

3. I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system on February 9, 2023.

/s/  Archith Ramkumar
ARCHITH RAMKUMAR
Attorney
Securities and Exchange Commission
100 F St., N.E.
Washington, D.C. 20549
(202) 551-4886 (Ramkumar)
RamkumarA@sec.gov

February 9, 2023