# 22-14237-JJ

## United States Court of Appeals for the Eleventh Circuit

U.S. Securities and Exchange Commission,
       Plaintiff-Appellee,

v.

Justin W. Keener,
       Defendant-Appellant.

On Appeal from the United States District Court
for the Southern District of Florida, No. 1:20cv21254

### PLAINTIFF-APPELLEE'S MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE ITS RESPONSE BRIEF

        Michael A. Conley
        Solicitor

        Dominick V. Freda
        Assistant General Counsel

        Archith Ramkumar
        Appellate Counsel
        Securities & Exchange Commission
        100 F Street, N.E.
        Washington, D.C. 20549-9040
        (202) 551-4886 (Ramkumar
        RamkumarA@sec.gov

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

*SEC v. Keener*, No. 22-14237-JJ

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Circuit Rule 26.1-1, Appellee Securities and Exchange Commission submits this Certificate of Interested Persons and Corporate Disclosure Statement listing all persons and entities with an interest in the outcome of this action:

1. 3D Icon Corp., microcap issuer (TDCP)

2. 4Cable TV International, Inc., microcap issuer (CATV)

3. 5Barz International, Inc., microcap issuer (BARZ)

4. ABCO Energy, Inc., microcap issuer (ABCE)

5. Abbott, James

6. Accelera Innovations, Inc., microcap issuer (ACNV)

7. Advaxis, Inc., microcap issuer (ADXS)

8. Aim Exploration, Inc., microcap issuer (AEXE)

9. Aja Cannafacturing, Inc., microcap issuer (AJAC)

10. Alkame Holdings, Inc., microcap issuer (ALKM)

11. Alliance Bioenergy Plus, Inc., microcap issuer (ALLM)

12. AmbiCom Holdings, Inc., microcap issuer (ABHI)

13. American Petro-Hunter, Inc., microcap issuer (AAPH)

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)**

*SEC v. Keener*, No. 22-14237-JJ

14. AmpliTech Group, Inc., microcap issuer (AMPG)

15. Apptigo International, Inc., microcap issuer (APPG)

16. Arrayit Corp., microcap issuer (ARYC)

17. Artec Global Media, Inc., microcap issuer (ACTL)

18. AuCoin, Dawn

19. Augustini, Hope Hall, attorney for the Commission

20. Avalanche International Corp., microcap issuer (AVLP)

21. Bergio International, Inc., microcap issuer (BRGO)

22. Berkovitz, Dan, general counsel for the Commission

23. Bill the Butcher, Inc., microcap issuer (BLLB)

24. Bioneutral Group, Inc., microcap issuer (BONU)

25. Bloom, Hon. Beth F., District Court Judge

26. Blue Sphere Corp., microcap issuer (BLSP)

27. BlueFire Renewables, Inc., microcap issuer (BFRE)

28. Borneo Resource Investments Ltd., microcap issuer (BRNE)

29. Braunstein, Joshua E., attorney for the Commission

30. Bravatek Solutions Inc., microcap issuer (BVTK)

31. Buckley LLP, counsel for Mr. Keener

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)**

*SEC v. Keener*, No. 22-14237-JJ

32. Capernaros, Peter

33. Carbon Sciences, Inc., microcap issuer (CABN)

34. Cardinal Energy Group, Inc., microcap issuer (CEGX)

35. Cardinal Resources, Inc., microcap issuer (CDNL)

36. CardioGenics, Inc., microcap issuer (CGNH)

37. Casiano, John

38. CD International Enterprises, Inc., microcap issuer (CDII)

39. CircleStar Energy Corp., microcap issuer (CRCL)

40. Cirque Energy, Inc., microcap issuer (CRQE)

41. Clean Coal Technologies, Inc., microcap issuer (CCTC)

42. Cleartronic, Inc., microcap issuer (CLRI)

43. Coates International, Ltd., microcap issuer (COTE)

44. CodeSmart Holdings, Inc., microcap issuer (ITEN)

45. Conley, Michael A., attorney for the Commission

46. Conniry, Patrick

47. Cross Click Media, Inc., microcap issuer (COSR)

48. Cyclone Power Technologies Inc., microcap issuer (CYPW)

49. Cytomedix, microcap issuer (CXMI)

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)**

*SEC v. Keener*, No. 22-14237-JJ

50. Daniels Corporate Advisory Co., Inc., microcap issuer (DCAC)

51. Do, Nhan

52. Domark International, Inc., microcap issuer (DOMK)

53. Dwyer, Jared Edward, attorney for Mr. Keener

54. Echo Automotive, Inc., microcap issuer (ECAU)

55. Eco Building Products, Inc., microcap issuer (ECOB)

56. Egg, Alex

57. Ehouse Global, Inc., microcap issuer (EHOS)

58. Ellis, Shawn

59. Endeavor IP, Inc., microcap issuer (ENIP)

60. Endonovo Therapeutics, Inc., microcap issuer (ENDV)

61. Epazz, Inc., microcap issuer (EPAZ)

62. ERF Wireless, Inc., microcap issuer (ERFB)

63. ERHC Energy, Inc., microcap issuer (ERHE)

64. Eventure Interactive, Inc., microcap issuer (EVTI)

65. E-Waste Systems, Inc., microcap issuer (EWSI)

66. First Liberty Power Corp., microcap issuer (FLPC)

67. Focus Gold Corporation, microcap issuer (FGLD)

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)**

*SEC v. Keener*, No. 22-14237-JJ

68.  FONU2, Inc., microcap issuer (FONU)

69.  Freda, Dominick V., attorney for the Commission

70.  Friendable, Inc., microcap issuer (FDBL)

71.  Fuelstream Inc., microcap issuer (FLST)

72.  Galenfeha, Inc., microcap issuer (GLFH)

73.  Gawk Incorporated, microcap issuer (GAWK)

74.  Gibson, Dunn & Crutcher LLP, counsel for Mr. Keener

75.  Global Arena Holding, Inc., microcap issuer (GAHC)

76.  Global Digital Solutions, Inc., microcap issuer (GDSI)

77.  Global Equity International Inc., microcap issuer (GEQU)

78.  Global Vision Holdings, Inc., microcap issuer (GVHBE)

79.  Gold and Gemstone Mining, Inc., microcap issuer (GGSM)

80.  Goldsmith, Barry, attorney for Mr. Keener

81.  Green Automotive Company, microcap issuer (GACR)

82.  Green Endeavors, Inc., microcap issuer (GRNE)

83.  Green Parts International, Inc., microcap issuer (GNPT)

84.  GreenStone Healthcare Corp., microcap issuer (GRST)

85.  Greenberg, Benjamin G., attorney for Mr. Keener

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)**

*SEC v. Keener*, No. 22-14237-JJ

86. Greenberg Taurig, P.A., counsel for Mr. Keener

87. Halfen, David

88. Hangover Joe's Holding Corp., microcap issuer (HJOE)

89. Hightower, Jason

90. High Performance Beverages Co., microcap issuer (DRHC)

91. Hybrid Coating Technologies, Inc., microcap issuer (HCTI)

92. Hydrogen Future Corp., microcap issuer (HFCO)

93. IceWEBB, Inc., microcap issuer (IWEB)

94. Icon Vapor, Inc., microcap issuer (ICNV)

95. IFAN Financial, Inc., microcap issuer (IFAN)

96. IL2M International Corp., microcap issuer (ILIM)

97. Imerjn Inc., microcap issuer (IMJN)

98. Immune Therapeutics, Inc., microcap issuer (IMUN)

99. InCapta, Inc., microcap issuer (INCT)

100. Integral Technologies, Inc., microcap issuer (ITKG)

101. IntelliCell BioSciences, Inc., microcap issuer (SVFC)

102. Intelligent Highway Solutions, Inc., microcap issuer (IHSI)

103. Investview, Inc., microcap issuer (INVU)

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)**

*SEC v. Keener*, No. 22-14237-JJ

104. Jammin Java Corp., microcap issuer (JAMN)

105. Jankowski, Liz

106. Kabe Exploration, Inc., microcap issuer (KABX)

107. Kallo, Inc., microcap issuer (KALO)

108. Keener, Justin W.

109. Kleangas Energy Technologies, Inc., microcap issuer (KGET)

110. Labor Smart, Inc., microcap issuer (LTNC)

111. Las Vegas Railway Express, Inc., microcap issuer (XTRN)

112. Latitude 360, Inc., microcap issuer (LATX)

113. Legend Oil and Gas, Ltd., microcap issuer (LOGL)

114. Liberated Energy, Inc., microcap issuer (LIBE)

115. Liberty Star Uranium & Metals Corp., microcap issuer (LBSR)

116. LifeApps Brand Inc., microcap issuer (LFAP)

117. Linn, Brandi

118. Lisitza, David D., attorney for the Commission

119. Lithium Exploration Group, Inc., microcap issuer (LEXG)

120. Location Based Technologies, Inc., microcap issuer (LBAS)

121. Louis, Hon. Lauren F., Magistrate Judge

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)**

*SEC v. Keener*, No. 22-14237-JJ

122. M Line Holdings, Inc., microcap issuer (MLHC)

123. Martino, Fran

124. Mayo, Chris

125. MAX SOUND Corporation, microcap issuer (MAXD)

126. MedCareers Group, Inc., microcap issuer (MCGI)

127. Mexus Gold US, Inc., microcap issuer (MXSG)

128. Microelectronics Technology Company, microcap issuer (MELY)

129. Miller, Adam, attorney for Mr. Keener

130. Mind Solutions Inc., microcap issuer (VOIS)

131. Mineral Rite Corporation, microcap issuer (RITE)

132. Minerco, Inc., microcap issuer (MINE)

133. Moller International, Inc., microcap issuer (MLER)

134. Monster Arts, Inc., microcap issuer (APPZ)

135. Moon River Studios, Inc., microcap issuer (MDNT)

136. My ECheck, Inc., microcap issuer (MYEC)

137. Nagel, Conrad

138. Naked Brand Group, Inc., microcap issuer (NAKD)

139. Nano Mobile Healthcare, Inc., microcap issuer (VNTH)

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)**

*SEC v. Keener*, No. 22-14237-JJ

140. Natan, Eilon

141. National Energy Services, Inc., microcap issuer (NESV)

142. Neah Power Systems, Inc., microcap issuer (NPWZ)

143. Net Talk.Com, Inc., microcap issuer (NTLK)

144. New Western Energy Corporation, microcap issuer (NWTR)

145. Next Galaxy Corp., microcap issuer (NXGA)

146. Next Group Holdings, Inc., microcap issuer (AQUA)

147. NoHo, Inc., microcap issuer (DRNK)

148. North American Oil & Gas Corp., microcap issuer (NAMG)

149. North Bay Resources, Inc., microcap issuer (NBRI)

150. Northwest Biotherapeutics, microcap issuer (NWBO)

151. Nutranomics, Inc., microcap issuer (NNRX)

152. N-Viro International Corp., microcap issuer (NVIC)

153. Omega Commercial Finance Corp., microcap issuer (OCFN)

154. Organic Alliance, Inc., microcap issuer (ORGC)

155. OriginClear Inc., microcap issuer (OCLN)

156. Pacific Sands Inc., microcap issuer (PSFD)

157. Patten Energy Solutions Group, Inc., microcap issuer (AMEL)

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)**

*SEC v. Keener*, No. 22-14237-JJ

158. Pazoo Inc., microcap issuer (PZOO)

159. PEN Inc., microcap issuer (APNT)

160. Petrilla, Antony, attorney for the Commission

161. Petron Energy II, Inc., microcap issuer (PEII)

162. Pharmagen, Inc., microcap issuer (PHRX)

163. Piper, Summer

164. Plandai Biotechnology, Inc., microcap issuer (PLPL)

165. Players Network, microcap issuer (PNTV)

166. Posadas, Maria

167. PositiveID Corporation, microcap issuer (PSID)

168. Powerdyne International Inc., microcap issuer (PWDY)

169. Premier Biomedical, Inc., microcap issuer (BIEI)

170. Pressure BioSciences, Inc., microcap issuer (PBIO)

171. ProGreen Properties, Inc., microcap issuer (PGEI)

172. Propell Technologies Group, Inc., microcap issuer (PROP)

173. ProText Mobility, Inc., microcap issuer (TXTM)

174. PuraMed BioScience, Inc., microcap issuer (PMBS)

175. PureSafe Water Systems, Inc., microcap issuer (PSWS)

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)**

*SEC v. Keener*, No. 22-14237-JJ

176. Ragan, Christopher F., attorney for Mr. Keener

177. Ramkumar, Archith, attorney for the Commission

178. Raskin, Jane S., attorney for Mr. Keener

179. Raskin & Raskin LLP, counsel for Mr. Keener

180. Real Estate Contacts, Inc., microcap issuer (REAC)

181. Red Giant Entertainment, Inc., microcap issuer (REDG)

182. Regenicin, Inc., microcap issuer (RGIN)

183. Rejuvel Bio-Sciences, Inc., microcap issuer (NUUU)

184. Resonate Blends Inc., microcap issuer (KOAN)

185. Reve Technologies, Inc., microcap issuer (BSSP)

186. Rich Pharmaceuticals, Inc., microcap issuer (RCHA)

187. Richman, Brian A., attorney for Mr. Keener

188. Saleen Automotive, Inc., microcap issuer (SLNN)

189. Santa Fe Gold Corporation, microcap issuer (SFEG)

190. Santa Fe Petroleum, microcap issuer (SFPI)

191. Santo Mining Corp., microcap issuer (SANP)

192. Seafarer Exploration Corp., microcap issuer (SFRX)

193. Securities & Exchange Commission

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)**

*SEC v. Keener*, No. 22-14237-JJ

194. Seibald, Jonathan M., attorney for Mr. Keener

195. Service Team Inc., microcap issuer (SVTE)

196. Seven Arts Entertainment, Inc., microcap issuer (SAPX)

197. Silver Dragon Resources, Inc., microcap issuer (SDRG)

198. Silver Falcon Mining, Inc., microcap issuer (SFMI)

199. Solar Wind Energy Tower, Inc., microcap issuer (CWET)

200. Solaris Power Cells, Inc., microcap issuer (SPCL)

201. Soul and Vibe Interactive, Inc., microcap issuer (SOUL)

202. Soupman, Inc., microcap issuer (SOUP)

203. Sparta Commercial Services, Inc., microcap issuer (SRCO)

204. SpectraScience, Inc., microcap issuer (SCIE)

205. Stevia Corp., microcap issuer (STEV)

206. STL Marketing Group, Inc., microcap issuer (STLK)

207. Strikeforce Technologies, Inc., microcap issuer (SFOR)

208. STW Resources Holding Corp., microcap issuer (STWS)

209. Sun River Energy Company, microcap issuer (SNRV)

210. Sunergy, Inc., microcap issuer (SNEY)

211. Sunshine Biopharma, Inc., microcap issuer (SBFM)

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)**

*SEC v. Keener*, No. 22-14237-JJ

212. Sunworks, Inc., microcap issuer (SLTD)

213. Super Directories, Inc., microcap issuer (SDIR)

214. TapImmune, Inc., microcap issuer (TPIV)

215. Tauriga Sciences, Inc., microcap issuer (TAUG)

216. The Digital Development Group Corp., microcap issuer (DIDG)

217. The Radiant Creations Group, Inc., microcap issuer (RCGP)

218. Tombstone Exploration Corp., microcap issuer (TMBXF)

219. Tonner-One World Holdings, Inc., microcap issuer (OWOO)

220. Trans-Pacific Aerospace Company, Inc., microcap issuer (TPAC)

221. Trio Resources, Inc., microcap issuer (TRII)

222. UnifiedOnline, Inc., microcap issuer (UOIP)

223. United American Petroleum Corp., microcap issuer (UAPC)

224. US Precious Metals, Inc., microcap issuer (USPR)

225. Vapor Group, Inc., microcap issuer (VPOR)

226. Vela Tel Global Communications, Inc., microcap issuer (VELA)

227. Veriteq Corporation, microcap issuer (VTEQ)

228. Viking Investments Group, Inc., microcap issuer (VKIN)

229. Vision Industries Corp., microcap issuer (VIIC)

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)**

*SEC v. Keener*, No. 22-14237-JJ

230. Viswanatha, Veena, attorney for Mr. Keener

231. Vivos Inc., microcap issuer (ADMD)

232. VizConnect, Inc., microcap issuer (VIZC)

233. Walker, Helgi C., attorney for Mr. Keener

234. WeedHire International, microcap issuer (ANYI)

235. Weisman, Sandy

236. Well Power, Inc., microcap issuer (WPWR)

237. Wellness Center USA, Inc., microcap issuer (WCUI)

238. WindStream Technologies, Inc., microcap issuer (WSTI)

239. Workhorse Group, Inc., microcap issuer (AMPD)

240. World Moto, Inc., microcap issuer (FARE)

241. Wowio, Inc., microcap issuer (WWIO)

242. Xfuels, Inc., microcap issuer (AMZZ)

243. XsunX, Inc., microcap issuer (XSNX)

244. Xun Energy, Inc., microcap issuer (XNRG)

245. Yappn Corp., microcap issuer (YPPN)

246. Zonzia Media, Inc., microcap issuer (ZONX)

**PLAINTIFF-APPELLEE'S MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE ITS RESPONSE BRIEF**

Pursuant to Circuit Rule 31-2(d), the Securities and Exchange Commission respectfully requests a 30-day extension of time, until August 30, 2023, to file its response brief, which is currently due July 31, 2023. This is not an expedited appeal. The Commission is diligently preparing its brief, and previously obtained an extension under Circuit Rule 31-2(a), but believes an extension is warranted. *See SEC v. Almagarby*, No. 21-13755, Dkts. 36, 37 (11th Cir. Aug. 18, 2022).

*First*, the Commission's briefing would benefit from additional time to consider the arguments raised in the three amicus briefs filed in support of Keener. The Commission is not requesting an increase in the word limit to respond to these three briefs. *Second*, the Commission requires this additional time to draft its brief and to allow sufficient time for supervisory attorneys in the Office of General Counsel to review and edit the Commission's brief. Undersigned counsel is also counsel of record in, among other cases, a pending First Circuit appeal, *SEC v. Gastauer*, No. 22-1865, and will need to prepare the Commission's response brief in that case, which is currently due on July 27, while also working on the response brief here. *Third*, granting this request would afford the Commission a comparable amount of time to prepare its response brief as Keener had to file his opening brief, given that he filed his notice of appeal in December 2022, filed a motion to consolidate that tolled the briefing schedule for roughly two months, *see* Dkts. 9,

1

19, 24, and then received a 30-day extension of time to file his opening brief after his motion to consolidate was denied.

The Commission asked counsel for Keener what their position was on this motion. In order to assess the Commission's request, Keener's attorneys inquired as to the basis for the Commission's motion under Circuit Rule 31-2(d); in response, more than 24 hours ago, the Commission communicated the predicate for its motion to Keener's counsel. The Commission did not receive any further response from Keener's counsel.

For all of these reasons, the Commission respectfully requests a 30-day extension of time to file its opening brief until August 30, 2023.

Respectfully submitted,

MICHAEL A. CONLEY
Solicitor

DOMINICK V. FREDA
Assistant General Counsel

/s/   Archith Ramkumar
ARCHITH RAMKUMAR
Attorney
Securities and Exchange Commission
100 F St., N.E.
Washington, D.C. 20549
(202) 551-4886 (Ramkumar)
RamkumarA@sec.gov

June 14, 2023

## CERTIFICATIONS

I hereby certify that:

1. This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 372 words.

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and (a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Office Word in 14-Point Times New Roman.

3. I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system on June 14, 2023.

<pre>                          /s/   Archith Ramkumar
                          ARCHITH RAMKUMAR
                          Attorney
                          Securities and Exchange Commission
                          100 F St., N.E.
                          Washington, D.C. 20549
                          (202) 551-4886 (Ramkumar)
                          RamkumarA@sec.gov
</pre>

June 14, 2023