# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

*SEC v. Keener*, No. 22-14237-JJ

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Circuit Rule 26.1-1, Appellee Securities and Exchange Commission submits this Certificate of Interested Persons and Corporate Disclosure Statement listing all persons and entities with an interest in the outcome of this action:

1. 3D Icon Corp., microcap issuer (TDCP)[1]
2. 4Cable TV International, Inc., microcap issuer (CATV)
3. 5Barz International, Inc., microcap issuer (BARZ)
4. ABCO Energy, Inc., microcap issuer (ABCE)
5. Abbott, James
6. Accelara Innovations, Inc., microcap issuer (ACNV)
7. Advaxis, Inc., microcap issuer (ADXS)
8. Aim Exploration, Inc., microcap issuer (AEXE)
9. Aja Cannafacturing, Inc., microcap issuer (AJAC)
10. Alkame Holdings, Inc., microcap issuer (ALKM)

---

[1] We have included as interested persons the microcap issuers that were the defendant's customers in his securities business.

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)**

*SEC v. Keener*, No. 22-14237-JJ

11. Alliance Bioenergy Plus, Inc., microcap issuer (ALLM)

12. AmbiCom Holdings, Inc., microcap issuer (ABHI)

13. American Petro-Hunter, Inc., microcap issuer (AAPH)

14. AmpliTech Group, Inc., microcap issuer (AMPG)

15. Apptigo International, Inc., microcap issuer (APPG)

16. Arrayit Corp., microcap issuer (ARYC)

17. Artec Global Media, Inc., microcap issuer (ACTL)

18. AuCoin, Dawn

19. Augustini, Hope Hall, attorney for the Commission

20. Avalanche International Corp., microcap issuer (AVLP)

21. Bergio International, Inc., microcap issuer (BRGO)

22. Barbero, Megan, general counsel for the Commission

23. Bill the Butcher, Inc., microcap issuer (BLLB)

24. Bioneutral Group, Inc., microcap issuer (BONU)

25. Bloom, Hon. Beth F., District Court Judge

26. Blue Sphere Corp., microcap issuer (BLSP)

27. BlueFire Renewables, Inc., microcap issuer (BFRE)

28. Borneo Resource Investments Ltd., microcap issuer (BRNE)

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)**

*SEC v. Keener*, No. 22-14237-JJ

29. Braunstein, Joshua E., attorney for the Commission

30. Bravatek Solutions Inc., microcap issuer (BVTK)

31. Buckley LLP, counsel for Mr. Keener

32. Capernaros, Peter

33. Carbon Sciences, Inc., microcap issuer (CABN)

34. Cardinal Energy Group, Inc., microcap issuer (CEGX)

35. Cardinal Resources, Inc., microcap issuer (CDNL)

36. CardioGenics, Inc., microcap issuer (CGNH)

37. Casiano, John

38. CD International Enterprises, Inc., microcap issuer (CDII)

39. CircleStar Energy Corp., microcap issuer (CRCL)

40. Cirque Energy, Inc., microcap issuer (CRQE)

41. Clean Coal Technologies, Inc., microcap issuer (CCTC)

42. Cleartronic, Inc., microcap issuer (CLRI)

43. Coates International, Ltd., microcap issuer (COTE)

44. CodeSmart Holdings, Inc., microcap issuer (ITEN)

45. Conley, Michael A., attorney for the Commission

46. Conniry, Patrick

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)**

*SEC v. Keener*, No. 22-14237-JJ

47. Cross Click Media, Inc., microcap issuer (COSR)

48. Cyclone Power Technologies Inc., microcap issuer (CYPW)

49. Cytomedix, microcap issuer (CXMI)

50. Daniels Corporate Advisory Co., Inc., microcap issuer (DCAC)

51. Do, Nhan

52. Domark International, Inc., microcap issuer (DOMK)

53. Dwyer, Jared Edward, attorney for Mr. Keener

54. Echo Automotive, Inc., microcap issuer (ECAU)

55. Eco Building Products, Inc., microcap issuer (ECOB)

56. Egg, Alex

57. Ehouse Global, Inc., microcap issuer (EHOS)

58. Ellis, Shawn

59. Endeavor IP, Inc., microcap issuer (ENIP)

60. Endonovo Therapeutics, Inc., microcap issuer (ENDV)

61. Epazz, Inc., microcap issuer (EPAZ)

62. ERF Wireless, Inc., microcap issuer (ERFB)

63. ERHC Energy, Inc., microcap issuer (ERHE)

64. Eventure Interactive, Inc., microcap issuer (EVTI)

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)

*SEC v. Keener*, No. 22-14237-JJ

65. E-Waste Systems, Inc., microcap issuer (EWSI)

66. First Liberty Power Corp., microcap issuer (FLPC)

67. Focus Gold Corporation, microcap issuer (FGLD)

68. FONU2, Inc., microcap issuer (FONU)

69. Freda, Dominick V., attorney for the Commission

70. Friendable, Inc., microcap issuer (FDBL)

71. Fuelstream Inc., microcap issuer (FLST)

72. Galenfeha, Inc., microcap issuer (GLFH)

73. Gawk Incorporated, microcap issuer (GAWK)

74. Gibson, Dunn & Crutcher LLP, counsel for Mr. Keener

75. Global Arena Holding, Inc., microcap issuer (GAHC)

76. Global Digital Solutions, Inc., microcap issuer (GDSI)

77. Global Equity International Inc., microcap issuer (GEQU)

78. Global Vision Holdings, Inc., microcap issuer (GVHBE)

79. Gold and Gemstone Mining, Inc., microcap issuer (GGSM)

80. Goldsmith, Barry, attorney for Mr. Keener

81. Green Automotive Company, microcap issuer (GACR)

82. Green Endeavors, Inc., microcap issuer (GRNE)

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)**

*SEC v. Keener*, No. 22-14237-JJ

83. Green Parts International, Inc., microcap issuer (GNPT)

84. GreenStone Healthcare Corp., microcap issuer (GRST)

85. Greenberg, Benjamin G., attorney for Mr. Keener

86. Greenberg Taurig, P.A., counsel for Mr. Keener

87. Halfen, David

88. Hangover Joe's Holding Corp., microcap issuer (HJOE)

89. Hightower, Jason

90. High Performance Beverages Co., microcap issuer (DRHC)

91. Hybrid Coating Technologies, Inc., microcap issuer (HCTI)

92. Hydrogen Future Corp., microcap issuer (HFCO)

93. IceWEBB, Inc., microcap issuer (IWEB)

94. Icon Vapor, Inc., microcap issuer (ICNV)

95. IFAN Financial, Inc., microcap issuer (IFAN)

96. IL2M International Corp., microcap issuer (ILIM)

97. Imerjn Inc., microcap issuer (IMJN)

98. Immune Therapeutics, Inc., microcap issuer (IMUN)

99. InCapta, Inc., microcap issuer (INCT)

100. Integral Technologies, Inc., microcap issuer (ITKG)

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)**

*SEC v. Keener*, No. 22-14237-JJ

101. IntelliCell BioSciences, Inc., microcap issuer (SVFC)

102. Intelligent Highway Solutions, Inc., microcap issuer (IHSI)

103. Investview, Inc., microcap issuer (INVU)

104. Jammin Java Corp., microcap issuer (JAMN)

105. Jankowski, Liz

106. Kabe Exploration, Inc., microcap issuer (KABX)

107. Kallo, Inc., microcap issuer (KALO)

108. Keener, Justin W.

109. Kleangas Energy Technologies, Inc., microcap issuer (KGET)

110. Labor Smart, Inc., microcap issuer (LTNC)

111. Las Vegas Railway Express, Inc., microcap issuer (XTRN)

112. Latitude 360, Inc., microcap issuer (LATX)

113. Legend Oil and Gas, Ltd., microcap issuer (LOGL)

114. Liberated Energy, Inc., microcap issuer (LIBE)

115. Liberty Star Uranium & Metals Corp., microcap issuer (LBSR)

116. LifeApps Brand Inc., microcap issuer (LFAP)

117. Linn, Brandi

118. Lisitza, David D., attorney for the Commission

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)

*SEC v. Keener*, No. 22-14237-JJ

119. Lithium Exploration Group, Inc., microcap issuer (LEXG)

120. Location Based Technologies, Inc., microcap issuer (LBAS)

121. Louis, Hon. Lauren F., Magistrate Judge

122. M Line Holdings, Inc., microcap issuer (MLHC)

123. Martino, Fran

124. Mayo, Chris

125. MAX SOUND Corporation, microcap issuer (MAXD)

126. MedCareers Group, Inc., microcap issuer (MCGI)

127. Mexus Gold US, Inc., microcap issuer (MXSG)

128. Microelectronics Technology Company, microcap issuer (MELY)

129. Miller, Adam, attorney for Mr. Keener

130. Mind Solutions Inc., microcap issuer (VOIS)

131. Mineral Rite Corporation, microcap issuer (RITE)

132. Minerco, Inc., microcap issuer (MINE)

133. Moller International, Inc., microcap issuer (MLER)

134. Monster Arts, Inc., microcap issuer (APPZ)

135. Moon River Studios, Inc., microcap issuer (MDNT)

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)**

*SEC v. Keener*, No. 22-14237-JJ

136. My ECheck, Inc., microcap issuer (MYEC)

137. Nagel, Conrad

138. Naked Brand Group, Inc., microcap issuer (NAKD)

139. Nano Mobile Healthcare, Inc., microcap issuer (VNTH)

140. Natan, Eilon

141. National Energy Services, Inc., microcap issuer (NESV)

142. Neah Power Systems, Inc., microcap issuer (NPWZ)

143. Net Talk.Com, Inc., microcap issuer (NTLK)

144. New Western Energy Corporation, microcap issuer (NWTR)

145. Next Galaxy Corp., microcap issuer (NXGA)

146. Next Group Holdings, Inc., microcap issuer (AQUA)

147. NoHo, Inc., microcap issuer (DRNK)

148. North American Oil & Gas Corp., microcap issuer (NAMG)

149. North Bay Resources, Inc., microcap issuer (NBRI)

150. Northwest Biotherapeutics, microcap issuer (NWBO)

151. Nutranomics, Inc., microcap issuer (NNRX)

152. N-Viro International Corp., microcap issuer (NVIC)

153. Omega Commercial Finance Corp., microcap issuer (OCFN)

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)**

*SEC v. Keener*, No. 22-14237-JJ

154. Organic Alliance, Inc., microcap issuer (ORGC)

155. OriginClear Inc., microcap issuer (OCLN)

156. Pacific Sands Inc., microcap issuer (PSFD)

157. Patten Energy Solutions Group, Inc., microcap issuer (AMEL)

158. Pazoo Inc., microcap issuer (PZOO)

159. PEN Inc., microcap issuer (APNT)

160. Petrilla, Antony, attorney for the Commission

161. Petron Energy II, Inc., microcap issuer (PEII)

162. Pharmagen, Inc., microcap issuer (PHRX)

163. Piper, Summer

164. Plandai Biotechnology, Inc., microcap issuer (PLPL)

165. Players Network, microcap issuer (PNTV)

166. Posadas, Maria

167. PositiveID Corporation, microcap issuer (PSID)

168. Powerdyne International Inc., microcap issuer (PWDY)

169. Premier Biomedical, Inc., microcap issuer (BIEI)

170. Pressure BioSciences, Inc., microcap issuer (PBIO)

171. ProGreen Properties, Inc., microcap issuer (PGEI)

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)**

*SEC v. Keener*, No. 22-14237-JJ

172. Propell Technologies Group, Inc., microcap issuer (PROP)

173. ProText Mobility, Inc., microcap issuer (TXTM)

174. PuraMed BioScience, Inc., microcap issuer (PMBS)

175. PureSafe Water Systems, Inc., microcap issuer (PSWS)

176. Ragan, Christopher F., attorney for Mr. Keener

177. Ramkumar, Archith, attorney for the Commission

178. Raskin, Jane S., attorney for Mr. Keener

179. Raskin & Raskin LLP, counsel for Mr. Keener

180. Real Estate Contacts, Inc., microcap issuer (REAC)

181. Red Giant Entertainment, Inc., microcap issuer (REDG)

182. Regenicin, Inc., microcap issuer (RGIN)

183. Rejuvel Bio-Sciences, Inc., microcap issuer (NUUU)

184. Resonate Blends Inc., microcap issuer (KOAN)

185. Reve Technologies, Inc., microcap issuer (BSSP)

186. Rich Pharmaceuticals, Inc., microcap issuer (RCHA)

187. Richman, Brian A., attorney for Mr. Keener

188. Saleen Automotive, Inc., microcap issuer (SLNN)

189. Santa Fe Gold Corporation, microcap issuer (SFEG)

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)

*SEC v. Keener*, No. 22-14237-JJ

190. Santa Fe Petroleum, microcap issuer (SFPI)

191. Santo Mining Corp., microcap issuer (SANP)

192. Seafarer Exploration Corp., microcap issuer (SFRX)

193. Securities & Exchange Commission

194. Seibald, Jonathan M., attorney for Mr. Keener

195. Service Team Inc., microcap issuer (SVTE)

196. Seven Arts Entertainment, Inc., microcap issuer (SAPX)

197. Silver Dragon Resources, Inc., microcap issuer (SDRG)

198. Silver Falcon Mining, Inc., microcap issuer (SFMI)

199. Solar Wind Energy Tower, Inc., microcap issuer (CWET)

200. Solaris Power Cells, Inc., microcap issuer (SPCL)

201. Soul and Vibe Interactive, Inc., microcap issuer (SOUL)

202. Soupman, Inc., microcap issuer (SOUP)

203. Sparta Commercial Services, Inc., microcap issuer (SRCO)

204. SpectraScience, Inc., microcap issuer (SCIE)

205. Stevia Corp., microcap issuer (STEV)

206. STL Marketing Group, Inc., microcap issuer (STLK)

207. Strikeforce Technologies, Inc., microcap issuer (SFOR)

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)**

*SEC v. Keener*, No. 22-14237-JJ

208. STW Resources Holding Corp., microcap issuer (STWS)

209. Sun River Energy Company, microcap issuer (SNRV)

210. Sunergy, Inc., microcap issuer (SNEY)

211. Sunshine Biopharma, Inc., microcap issuer (SBFM)

212. Sunworks, Inc., microcap issuer (SLTD)

213. Super Directories, Inc., microcap issuer (SDIR)

214. TapImmune, Inc., microcap issuer (TPIV)

215. Tauriga Sciences, Inc., microcap issuer (TAUG)

216. The Digital Development Group Corp., microcap issuer (DIDG)

217. The Radiant Creations Group, Inc., microcap issuer (RCGP)

218. Tombstone Exploration Corp., microcap issuer (TMBXF)

219. Tonner-One World Holdings, Inc., microcap issuer (OWOO)

220. Trans-Pacific Aerospace Company, Inc., microcap issuer (TPAC)

221. Trio Resources, Inc., microcap issuer (TRII)

222. UnifiedOnline, Inc., microcap issuer (UOIP)

223. United American Petroleum Corp., microcap issuer (UAPC)

224. US Precious Metals, Inc., microcap issuer (USPR)

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)**

*SEC v. Keener*, No. 22-14237-JJ

225. Vapor Group, Inc., microcap issuer (VPOR)

226. Vela Tel Global Communications, Inc., microcap issuer (VELA)

227. Veriteq Corporation, microcap issuer (VTEQ)

228. Viking Investments Group, Inc., microcap issuer (VKIN)

229. Vision Industries Corp., microcap issuer (VIIC)

230. Viswanatha, Veena, attorney for Mr. Keener

231. Vivos Inc., microcap issuer (ADMD)

232. VizConnect, Inc., microcap issuer (VIZC)

233. Walker, Helgi C., attorney for Mr. Keener

234. WeedHire International, microcap issuer (ANYI)

235. Weisman, Sandy

236. Well Power, Inc., microcap issuer (WPWR)

237. Wellness Center USA, Inc., microcap issuer (WCUI)

238. WindStream Technologies, Inc., microcap issuer (WSTI)

239. Workhorse Group, Inc., microcap issuer (AMPD)

240. World Moto, Inc., microcap issuer (FARE)

241. Wowio, Inc., microcap issuer (WWIO)

242. Xfuels, Inc., microcap issuer (AMZZ)

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (cont'd)**

*SEC v. Keener*, No. 22-14237-JJ

243. XsunX, Inc., microcap issuer (XSNX)

244. Xun Energy, Inc., microcap issuer (XNRG)

245. Yappn Corp., microcap issuer (YPPN)

246. Zonzia Media, Inc., microcap issuer (ZONX)



UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
100 F Street, N.E.
Washington, D.C. 20549

OFFICE OF THE
GENERAL COUNSEL

December 1, 2023

Via ECF

David J. Smith
Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth St., N.W.
Atlanta, GA 30303

Re:   *SEC v. Keener*, No. 22-14237

Dear Mr. Smith:

Keener's reliance in his November 8, 2023 letter on *SEC v. Govil*, 86 F.4th 89 (2d Cir. 2023), is misplaced.

Insofar as *Govil* requires a showing of pecuniary harm before ordering disgorgement, it is inconsistent with binding precedent holding that disgorgement is a profit-based remedy that returns the violator (not victims) to the *status quo ante*. *See Liu v. SEC*, 140 S. Ct. 1936, 1942-43 (2020) (disgorgement prevents "unjust enrichment" by taking "money out of the wrongdoer's hands"); *Hard Candy, LLC v. Anastasia Beverly Hills, Inc.*, 921 F.3d 1343, 1354 (11th Cir. 2019) (Disgorgement's "focus is entirely on the alleged [violator's] gain; the plaintiff is not required to present any evidence of particular financial harm."); *SEC v. Calvo*, 378 F.3d 1211, 1217-18 (11th Cir. 2004) ("Although the Commission … may use the disgorged proceeds to compensate injured victims," the purpose of disgorgement is to deprive defendants of their "ill-gotten gains."); *SEC v. Blatt*, 583 F.2d 1325, 1335 (5th Cir. 1978) (The defendant disgorges "the amount by which he was unjustly enriched," "not to compensate the victims of the fraud, but to deprive the wrongdoer of his ill-gotten gain."). *See also* SEC Br. 58-59; App., Tab 145 at 16.

Mr. Smith, Clerk of Court
Page 2

Regardless, unlike in *Govil*, here, the district court found that "investors suffered pecuniary harm" due to Keener's unlawful dealer activity. *Govil*, 86 F.4th at 102; *see* App. Tab 145 at 16 ("[T]he majority of investors who bought Keener's offerings suffered losses and could be considered victims of his unlawful dealing …. But for Keener's unlawful dealing, some investors would not have lost money after buying his offerings."). This finding is supported by the Commission's expert report, and is therefore not clearly erroneous. *See* S.A. 41, S.A. 46 ("[Keener's] repeated conversions and sales of the resulting newly issued shares, and the accompanying price declines, predominantly affected shareholders[.]"); App. Tab 66-13 at 125 ("[M]ost of the harm happened to the retail investors.").

Finally, the out-of-context snippet from the Commission's description of the defendants' position in a discovery dispute pending in a different district court case, *see* Letter 2, is irrelevant.

Respectfully submitted,

DOMINICK V. FREDA
Assistant General Counsel

DAVID D. LISITZA
Senior Appellate Counsel

/s/ Archith Ramkumar
ARCHITH RAMKUMAR
Appellate Counsel
Securities & Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-9040
(202) 551-4886 (Ramkumar)
RamkumarA@sec.gov
